## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

August 22, 2005

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

U.S. DISTRICT COURT  MA (1)
DISTRICT OF MASSACHUSETTS
TONY ANASTAS, CLERK
2300 U.S. COURTHOUSE
ONE COURTHOUSE WAY
BOSTON, MA. 02210-3002

MAGISTRATE JUDGE

05-11750 RWZ

RE: SANUTTI v. PFIZER, INC.
05-CV-3401

Dear Clerk :

We herewith enclose a certified copy of the original record together with certified copies of the docket entries in the above-captioned case which has been transferred to you pursuant to Conditional Transfer Order dated 8/22/05. Kindly acknowledge receipt on the copy of the letter provided. If you have any questions feel free to contact me at 267-299-7003.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: James Deitz , Deputy Clerk

cc: File
    Counsel

Received above material or record file this      day of      ,

Signature: _____

Date: _____

civ625.frm

STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:05-cv-03401-CN
### Internal Use Only

SANUTTI v. PFIZER, INC. et al
Assigned to: HONORABLE CLARENCE C. NEWCOMER
Related Case: 2:04-cv-03354-BMS
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/01/2005
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

GRACE SANUTTI     represented by **CHRISTOPHER BROOKS DELLMUTH**
2971 RUMSON DRIVE
HARRISBURG, PA 17104
717-233-7007
Fax: 717-233-7007
Email: cbrooks221@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

PFIZER, INC.     represented by **JOHN W. FRAZIER, IV**
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109-1099
215-772-1500
Fax: 215-772-7620
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN E. CARUSO**
MONTGOMERY MCCRACKEN
WALKER & RHOADS, LLP
123 SOUTH BROAD STREET
24TH FLOOR
PHILADELPHIA, PA 19109
215-772-7539
Fax: 215-731-3749
Email: jcaruso@mmwr.com

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 8-22-05
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ATTORNEY TO BE NOTICED

**Defendant**

**PARKE-DAVIS**
*A DIVISION OF WARNER-LAMBERT*

represented by **JOHN W. FRAZIER, IV**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN E. CARUSO**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2005 | 1 | NOTICE OF REMOVAL by PFIZER, INC., PARKE-DAVIS from Court of Common Pleas of Philadelphia County, Pennsylvania, case number June Term 2005, No. 00263, Certificate of Service. (Filing fee $ 250 receipt number 918735) (ti, ) (Entered: 07/01/2005) |
| 07/01/2005 | | ***Set/Clear Flags Set Flag Standard Case Management Track (ti, ) (Entered: 07/01/2005) |
| 07/01/2005 | 2 | Disclosure Statement, Certificate of Service by PFIZER, INC., PARKE-DAVIS.(ti, ) (Entered: 07/01/2005) |
| 07/08/2005 | 3 | ANSWER to Complaint *with Affirmative Defenses and Certificate of Service* by PFIZER, INC., PARKE-DAVIS.(CARUSO, JOHN) (Entered: 07/08/2005) |
| 07/08/2005 | | ***Issue Joined (np) (Entered: 07/11/2005) |
| 07/11/2005 | 4 | ORDER THAT THIS CASE IS REASSIGNED FROM JUDGE BERLE M. SCHILLER TO JUDGE JAN E. DUBOIS FOR ALL FURTHER PROCEEDINGS. SIGNED BY CLERK OF COURT MICHAEL E. KUNZ ON 7/11/05. 7/12/05 ENTERED AND COPIES E-MAILED AND FAXED.(stb, ) (Entered: 07/12/2005) |
| 07/19/2005 | 5 | ORDER THAT THIS CASE IS REASSIGNED FROM JUDGE JAN E. DUBOIS TO JUDGE CLARENCE C. NEWCOMER FOR ALL FURTHER PROCEEDINGS. SIGNED BY CLERK OF COURT MICHAEL E. KUNZ ON 7/19/05. 7/19/05 ENTERED AND COPIES E-MAILED AND FAXED.(stb, ) (Entered: 07/19/2005) |
| 08/22/2005 | 6 | Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation dated 8/22/05 transferring the above caption d case to The United States District Court for the Massachusetts. (jpd) (Entered: 08/22/2005) |
| 08/22/2005 | | ***Documents terminated ***Deadlines terminated. (jpd) (Entered: 08/22/2005) |

| 08/22/2005 | | Original record together with certified copy of docket entries forwarded to The United States District Court for the District of Massachusetts. (jpd) (Entered: 08/22/2005) |